Steven H. HOYME, Petitioner-Respondent,

v.

Janice S. BRAKKEN, Respondent-Appellant-Petitioner.†

Supreme Court

*No. 02–1790. Oral argument March 10, 2004.—
Decided March 25, 2004.*

2004 WI 26

(Also reported in 677 N.W.2d 233.)

For the respondent-appellant-petitioner there were

---

† Motion for reconsideration denied 5-13-04.

---

briefs by *Donald R. Fraker* and *Fraker Law Firm, S.C.,* Mequon, and oral argument by *Donald R. Fraker.*

For the petitioner-respondent there was a brief by *Janis M. Burgess* and *Wesley W. Hoffman & Associates, P.C.,* Menominee, MI, and oral argument by *Janis M. Burgess.*

¶ 1. PER CURIAM.   The court is equally divided on the question of whether the decision of the court of appeals, *Hoyme v. Brakken,* No. 02–1790, unpublished slip op. (Wis. Ct. App. July 22, 2003), should be affirmed or reversed. Justice JON P. WILCOX, Justice N. PATRICK CROOKS, and Justice DAVID T. PROSSER would affirm; Chief Justice SHIRLEY S. ABRAHAM-SON, Justice ANN WALSH BRADLEY, and Justice PATIENCE D. ROGGENSACK would reverse. Justice DIANE S. SYKES did not participate.

¶ 2.   Accordingly, the decision of the court of appeals is affirmed.